IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIAM NELSON**                                                                         **PETITIONER**

**VERSUS**                                        **CIVIL ACTION NO. 1:10cv509HSO-JMR**

**STATE OF MISSISSIPPI, ET AL**                                    **RESPONDENTS**

<u>**FINAL JUDGMENT**</u>

This matter is before the Court on the Report and Recommendations [20] of Chief Magistrate Judge John M. Roper, entered in this cause on September 9, 2011. The Court, by separate Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Respondents' Motion to Dismiss [12] is **GRANTED**, and this Civil Action is **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Clerk is directed to mail a copy of the Order and Final Judgment entered this date to Petitioner at his last known address via USPS, certified mail, return receipt requested.

**SO ORDERED AND ADJUDGED**, this the 21st day of October, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE