IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIAM NELSON**                                                                 **PETITIONER**

**VERSUS**                                              **CIVIL ACTION NO. 1:10cv509HSO-JMR**

**STATE OF MISSISSIPPI, ET AL**                                      **RESPONDENTS**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2254, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases for the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right, and pursuant to 28 U.S.C. § 2244(d), Petitioner is barred by the statute of limitations.

Date: October 21, 2011                           *s/ Halil Suleyman Ozerden*
                                                                 HALIL SULEYMAN OZERDEN
                                                                 UNITED STATES DISTRICT JUDGE